### 26814. DIETZ et al. v. BERGER.

FELTON, J. Where A sells B a stock of goods and agrees to buy it back in a certain time on the same basis as sold if B is not satisfied with the purchase, a suit by B for the purchase-price of the stock of goods, where A refused on demand to buy back and pay for the goods within the prescribed time, which did not allege that the goods had been stored for A by B is subject to general demurrer. Code, § 96-113; *Dunson & Brothers Co.* v. *Smith Seed Co.*, 26 *Ga. App.* 585 (4) (106 S. E. 914). It was error for the court to overrule the general demurrer to the petition and further proceedings were nugatory.

*Judgment reversed. Stephens, P. J., and Sutton, J., concur.*

DECIDED APRIL 21, 1938.

*C. C. King, Roberts & Roberts,* for plaintiffs in error.
*Reuben M. Tuck, H. C. Cox,* contra.